**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-6703**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

EMERY ANTHONY BRADLEY,

Defendant - Appellant.

---

Appeal from the United States District Court for the Western Dis-trict of North Carolina, at Charlotte. Robert D. Potter, Senior District Judge. (CR-91-34, CR-91-49, CA-98-405-P)

---

Submitted: July 8, 1999                    Decided: July 15, 1999

---

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Emery Anthony Bradley, Appellant Pro Se. Kenneth Davis Bell, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Emery Anthony Bradley seeks to appeal the district court's order denying his motion for reconsideration of the denial of his 28 U.S.C.A. § 2255 (West Supp. 1999) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Bradley, Nos. CR-91-34; CR-91-49; CA-98-405-P (W.D.N.C. Mar. 24, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2